# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700146

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ZACHARY N. PROTO

Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding Officer, 2d Battalion, 2d Marine
Regiment, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Winston G. McMillan, USMC.
For Appellant: Captain Kimberly D. Hinson, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 8 August 2017

———————————————

Before CAMPBELL,[1] FULTON, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court

---

[1] Former Senior Judge Campbell took final action in this case prior to detaching from the court.